IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
OCT 23 2006
MARY L.M. MORAN
CLERK OF COURT

VAATAUSILI MARK ALAIMALO; Pro-se

    Petitioner

vs

UNITED STATES OF AMERICA; Et al

    Respondents

Case No.

CV-06-00034

---

MOTION FOR LEAVE TO PROCEED "IN FORMA PAUPERIS" Poor Person

---

NOW COMES; pro-se petitioner Alaimalo with this request to proceed without payment of cost ..... in "Forma Pauperis" under 28 USC§1915(a) and exempt under 28 USC §1915(g) no three strikes.

Wherefore; I am attacking a judgment and committment order in a criminal case ..... for a now determined "Non-Existant" crime or offense .....and is not a "Bivens" type action.

Will this Honorable Court hereby grant this request and allow petitioner to proceed "In Forma Pauperis"?

                      Respectfully Submitted;

                      Vaatausili Mark Alaimalo

Signed dated and mailed under oath and "affadavit" of my poverty this 13th day of October 2006

                                        Vaatausili Mark Alaimalo

*Vaatausili Mark Alaimalo*
10-12-06